**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kerry Thomas Wisneski            CHAPTER 13

                   Debtor(s)

BKY. NO. 23-10497AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

                                                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
28 Feb 2023, 11:25:05, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322