# Earnings Statement

Pay period: Nov 14, 2022 - Nov 27, 2022 Pay Day: Dec 2, 2022
Gusto spending account *0258 ( . . . 0258): $1,582.55 truist ( . . . 8488): $279.28

**Company**
Jaybird Towing & Recovery LLC
145 Maugers Mill rd
Pottstown, PA 19464
484-824-9834

**Employee**
Kerry Wisneski
XXX-XX-3539
2787 n. Charlotte st.
Gilbertsville, PA 19525

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 80.0 | $0.00 | $0.00 |
| Total Hours Worked | | 80.0 | | |
| Commission | | | $2,400.00 | $13,734.28 |
| Gross Earnings | | | $2,400.00 | $13,734.28 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $249.85 | $1,072.45 |
| Social Security | $148.80 | $851.53 |
| Medicare | $34.80 | $199.15 |
| PA Withholding Tax | $73.68 | $421.65 |
| PA UC Tax Employee Withholding | $1.44 | $8.24 |
| Upper Pottsgrove EIT | $27.60 | $157.94 |
| Upper Pottsgrove LST | $2.00 | $18.00 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $148.80 | $851.53 |
| Medicare | $34.80 | $199.15 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $192.28 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,400.00 | $13,734.28 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $538.17 | $2,728.96 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,861.83 | $11,005.32 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,861.83 | $11,005.32 |

# gusto

# Earnings Statement

Pay period: Nov 28, 2022 - Dec 11, 2022 Pay Day: Dec 16, 2022
Gusto spending account *0258 ( . . . 0258): $1,197.70 truist ( . . . 8488): $211.37

**Company**
Jaybird Towing & Recovery LLC
145 Maugers Mill rd
Pottstown, PA 19464
484-824-9834

**Employee**
Kerry Wisneski
XXX-XX-3539
2787 n. Charlotte st.
Gilbertsville, PA 19525

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 80.0 | $0.00 | $0.00 |
| Total Hours Worked | | 80.0 | | |
| Commission | | | $1,766.00 | $15,500.28 |
| Gross Earnings | | | $1,766.00 | $15,500.28 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $144.25 | $1,216.70 |
| Social Security | $109.49 | $961.02 |
| Medicare | $25.60 | $224.75 |
| PA Withholding Tax | $54.22 | $475.87 |
| PA UC Tax Employee Withholding | $1.06 | $9.30 |
| Upper Pottsgrove EIT | $20.31 | $178.25 |
| Upper Pottsgrove LST | $2.00 | $20.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $109.49 | $961.02 |
| Medicare | $25.60 | $224.75 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $192.28 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,766.00 | $15,500.28 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $356.93 | $3,085.89 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,409.07 | $12,414.39 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,409.07 | $12,414.39 |

# gusto

# Earnings Statement

Pay period: Dec 12, 2022 - Dec 25, 2022 Pay Day: Dec 30, 2022
Gusto spending account *0258 ( . . . 0258): $1,470.23 truist ( . . . 8488): $259.46

**Company**
Jaybird Towing & Recovery LLC
145 Maugers Mill rd
Pottstown, PA 19464
484-824-9834

**Employee**
Kerry Wisneski
XXX-XX-3539
2787 n. Charlotte st.
Gilbertsville, PA 19525

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 80.0 | $0.00 | $0.00 |
| Total Hours Worked | | 80.0 | | |
| Commission | | | $2,200.00 | $17,700.28 |
| Gross Earnings | | | $2,200.00 | $17,700.28 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $205.85 | $1,422.55 |
| Social Security | $136.40 | $1,097.42 |
| Medicare | $31.90 | $256.65 |
| PA Withholding Tax | $67.54 | $543.41 |
| PA UC Tax Employee Withholding | $1.32 | $10.62 |
| Upper Pottsgrove EIT | $25.30 | $203.55 |
| Upper Pottsgrove LST | $2.00 | $22.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $136.40 | $1,097.42 |
| Medicare | $31.90 | $256.65 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $192.28 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,200.00 | $17,700.28 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $470.31 | $3,556.20 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,729.69 | $14,144.08 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,729.69 | $14,144.08 |

# gusto

# Earnings Statement

Pay period: Dec 26, 2022 - Jan 8, 2023 Pay Day: Jan 13, 2023
Gusto spending account *0258 ( . . . 0258): $1,288.19 truist ( . . . 8488): $227.33

**Company**
Jaybird Towing & Recovery LLC
145 Maugers Mill rd
Pottstown, PA 19464
484-824-9834

**Employee**
Kerry Wisneski
XXX-XX-3539
2787 n. Charlotte st.
Gilbertsville, PA 19525

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 80.0 | $0.00 | $0.00 |
| Total Hours Worked | | 80.0 | | |
| Commission | | | $1,900.00 | $1,900.00 |
| Gross Earnings | | | $1,900.00 | $1,900.00 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $155.62 | $155.62 |
| Social Security | $117.80 | $117.80 |
| Medicare | $27.55 | $27.55 |
| PA Withholding Tax | $58.33 | $58.33 |
| PA UC Tax Employee Withholding | $1.33 | $1.33 |
| Upper Pottsgrove EIT | $21.85 | $21.85 |
| Upper Pottsgrove LST | $2.00 | $2.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $117.80 | $117.80 |
| Medicare | $27.55 | $27.55 |
| FUTA | $11.40 | $11.40 |
| PA UC Tax Employer Contribution | $36.54 | $36.54 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,900.00 | $1,900.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $384.48 | $384.48 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,515.52 | $1,515.52 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,515.52 | $1,515.52 |

# Earnings Statement

Pay period: Jan 9, 2023 - Jan 22, 2023 Pay Day: Jan 27, 2023
Gusto spending account *0258 ( . . . 0258): $1,352.84 truist ( . . . 8488): $238.74

**Company**
Jaybird Towing & Recovery LLC
145 Maugers Mill rd
Pottstown, PA 19464
484-824-9834

**Employee**
Kerry Wisneski
XXX-XX-3539
2787 n. Charlotte st.
Gilbertsville, PA 19525

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 80.0 | $0.00 | $0.00 |
| Total Hours Worked | | 80.0 | | |
| Commission | | | $2,000.00 | $3,900.00 |
| Gross Earnings | | | $2,000.00 | $3,900.00 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.62 | $323.24 |
| Social Security | $124.00 | $241.80 |
| Medicare | $29.00 | $56.55 |
| PA Withholding Tax | $61.40 | $119.73 |
| PA UC Tax Employee Withholding | $1.40 | $2.73 |
| Upper Pottsgrove EIT | $23.00 | $44.85 |
| Upper Pottsgrove LST | $2.00 | $4.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $124.00 | $241.80 |
| Medicare | $29.00 | $56.55 |
| FUTA | $12.00 | $23.40 |
| PA UC Tax Employer Contribution | $38.46 | $75.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,000.00 | $3,900.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $408.42 | $792.90 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,591.58 | $3,107.10 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,591.58 | $3,107.10 |