# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 23-10497-AMC

KERRY THOMAS WISNESKI

2787 N CHARLOTTE STREET

GILBERTSVILLE, PA 19525-9719

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KERRY THOMAS WISNESKI

    2787 N CHARLOTTE STREET

    GILBERTSVILLE, PA 19525-9719

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

                                                  /S/ Kenneth E. West

Date: 6/6/2023                                  _____

                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee