**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Kerry Thomas Wisneski, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 23-10497-amc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Kerry Thomas Wisneski, debtor in the above-captioned matter.

2. That a copy of the Application for Compensation filed with the Court on September 28, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on September 28, 2023.

3. A response deadline to the application was due on or before October 19, 2023.

4. As of October 31, 2023, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: October 31, 2023